UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff/Respondent,

v.                                                            Civil Case No. 20-11662
                                                               Criminal Case No. 17-20278

Antoine Woods,

    Defendant/Petitioner.                       Honorable Sean F. Cox

_____/

## ORDER DENYING
## MOTIONS FOR APPOINTMENT OF COUNSEL

Acting *pro se*, Defendant/Petitioner Antoine Woods ("Woods") filed a motion seeking relief under 28 U.S.C. § 2255. Woods has also filed motions seeking the appointment of counsel to assist him with his § 2255 motion.

There is no constitutional right to the appointment of counsel in civil cases and the Court has broad discretion in determining whether counsel should be appointed. *Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987). A habeas petitioner may obtain representation at any stage of the case "[w]henver the United States magistrate or the court determines that the interests of justice so require." 18 U.S.C. § 3006A(a)(2).

In the instant case, after careful examination of the facts and claims presented, the Court determines that the interests of justice do not require appointment of counsel at this time. Accordingly, it is ORDERED that Woods's motion for appoint of counsel is DENIED without prejudice.

IT IS SO ORDERED.

                                                S/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: December 22, 2020